UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EFIGENIA AGUIRRE *and* JOSE MANUEL SANCHEZ,

            Plaintiffs,

– *agains*t –

LEE'S SEOUL CLEANERS, INC. *d/b/a* ALPINE FRENCH CLEANERS, CHUNG HYUK AHN, *and* VIRMA ROSSEO,

            Defendants.

**ORDER**

23-cv-04646 (ER)

---

Ramos, D.J.:

    Efigenia Aguirre and Jose Manuel Sanchez brought this action against the defendants on June 1, 2023. Doc. 1. Since then, there has been no activity in this case.

    Plaintiffs are instructed to submit a status letter by no later than December 5, 2023. Failure to do so may result in dismissal of the case for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Additionally, Plaintiffs are reminded that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*mus*t dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added).

    It is SO ORDERED.

Dated:    November 21, 2023
             New York, New York

                                                                   _____
                                                                   Edgardo Ramos, U.S.D.J.