

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(admitted in NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(admitted in NY, NJ)

December 26, 2023

**MEMO ENDORSED**

> Plaintiffs' request for a 30 day extension to serve the defendants and to file affidavits of service, until January 29, 2023, is granted. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 12/27/23
> New York, New York

**VIA ECF**

Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

Re:   **_Aguirre, et al. v. Lees Seoul Cleaners, Inc., et al._**
      _Case No. 23-cv-4646 (ER) (JLC)_

Dear Judge Ramos:

We represent plaintiffs in the above-referenced matter, and we write in regard to the status of service of process on defendants. Unfortunately, there seems to have been miscommunication between our office and the process server, and we have learned that service of process was not effected on defendants notwithstanding our request for the same. We respectfully request an additional 30 days to serve defendants and to file affidavits of service. We will request expedited service this time and closely monitor the situation to make sure that it is performed. We apologize to the Court for this unintentional lapse (and for the late filing of this request). Plaintiffs intend to press forward with this litigation as soon as service of process is effected.

We thank the Court for its attention to this matter. We are available at Your Honor's convenience if the Court has any questions regarding the foregoing.

Respectfully submitted,

David Stein