UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EFIGENIA AGUIRRE *et al.*,

                Plaintiffs,

– against –

LEE'S SEOUL CLEANERS, INC., CHUNG HYUK AHN, *and* VIRMA ROSSEO

                Defendants.

**ORDER**

23-cv-4646 (ER)

Ramos, D.J.:

      This case was filed on June 1, 2023.  Doc. 1.  Plaintiffs filed an affidavit of service as to Lee's Seoul Cleaners, Inc., on March 8, 2024.  Doc. 14.  Since then, there has been no activity in this case.

      Plaintiffs are directed to submit a status letter by no later than July 17, 2024.  Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:   July 9, 2024
            New York, New York

                                                              EDGARDO RAMOS, U.S.D.J.