UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EFIGENIA AGUIRRE *and* JOSE MANUEL SANCHEZ,

                Plaintiffs,

– *against* –

LEE'S SEOUL CLEANERS, INC. *d/b/a* ALPINE FRENCH CLEANERS, CHUNG HYUK AHN, *and* VIRMA ROSSEO,

                Defendants.

**ORDER**

23-cv-04646 (ER)

Ramos, D.J.:

    On July 17, 2024, in response to the Court's request for a status update, Plaintiffs represented they would apply for default judgment in this matter "in short order." Doc. 17. Since then, there has been no activity in this case. The Court now directs Plaintiffs to move for default judgment in accordance with this Court's Individual Practices. *See* Individual Practices of Judge Edgardo Ramos, Attachment A (Default Judgment Procedure). Plaintiffs are directed to make their motion by August 27, 2024. Failure to move for default judgment may result in dismissal of the case for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:    August 20, 2024
             New York, New York

                                                          Edgardo Ramos, U.S.D.J.