UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EFIGENIA AGUIRRE *and* JOSE MANUEL SANCHEZ,

                Plaintiffs,

– *against* –

LEE'S SEOUL CLEANERS, INC., CHUNG HYUK AHN, *and* VIRMA ROSSEO,

                Defendants.

**ORDER**

23-cv-04646 (ER)

Ramos, D.J.:

    On June 1, 2023, Efigenia Aguirre and Jose Manuel Sanchez brought this action against Lee's Seoul Cleaners Inc., Chung Hyuk Ahn, and Virma Rosseo. Doc. 1. On September 3, 2024, Clerk's certificate of default was issued. Doc. 25. Since then, there has been no activity in this case.

    Plaintiffs are directed to submit a status letter by no later than April 21, 2025. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:    April 14, 2025
             New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.